IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Oscar Roman-Freytes
Plaintiff(s)

v.

Commonwealth of Puerto Rico
Defendant(s)

Civil No. 98-2186 (SEC)

RECEIVED & FILED
U.S. CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR
FEB 14 AM 6:50

## DESCRIPTION OF MOTION

DATE FILED: 2-5-02   DOCKET #: 15   TITLE: Motion to Request Leave to Submit Spanish Language Exhibits, L.R. 108

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[✓] Defendant(s)   [ ] Joint

DISPOSITION:

[✓] GRANTED   [ ] DENIED

[ ] NOTED   [ ] MOOT

## COMMENTS

_____
_____
_____
_____
_____
_____
_____

13 II 02
DATE

SALVADOR E. CASELLAS
United States District Judge