# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

OSCAR ROMAN FREYTES    *
                 *
       Petitioner    *
                 *
v.                        *      **Civil No. 98-2186(SEC)**
                 *
COMMONWEALTH OF PUERTO    *
RICO                     *
                 *
       Respondent    *
*********************************

*(stamp: RECEIVED & FILED MAR 28 2002 OFFICE CLERK, U.S. DISTRICT SAN JUAN, P.R.)*

## JUDGMENT

Pursuant to an Opinion and Order of even date, this case is **DISMISSED WITHOUT PREJUDICE.**

### SO ORDERED.

In San Juan, Puerto Rico, this *3/ st* day of March, 2002.

_(signature)_

SALVADOR E. CASELLAS
United States District Judge

